UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                        Case No. 08-cr-108-01-SM

<u>Denise Lee</u>

O R D E R

    Defendant's assented-to motion to continue the trial (document no. 13) is granted. Trial has been rescheduled for the May 2009 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than February 23, 2009. On the filing of such waiver, his continuance shall be effective.

    The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

This is a second continuance request grounded upon very general reasons. Additional continuances will not likely be granted absent extraordinary circumstances.

    Final Pretrial Conference:    May 12, 2009 at 4:15 PM

    Jury Selection:    May 19, 2009 at 9:30 AM

    SO ORDERED.

February 9, 2009

    _____
    Steven J. McAuliffe
    Chief Judge

cc:  Counsel of Record
    U. S. Probation
    U. S. Marshal